# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:    JOHN A. PRUSHINSKI, SR.                                          Case Number: 05-73578
          8924 WOODY TRAIL                        SSN-xxx-xx-3283
          WONDER LAKE, IL  60097

                                                                  Case filed on:              7/15/2005
                                                                  Plan Confirmed on:          9/2/2005
                                   P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $20,740.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | JOHN A. PRUSHINSKI, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | WONDER LAKE STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | BANK OF AMERICA | 2,535.22 | 2,535.22 | 2,535.22 | 198.32 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHASE BANK USA NA | 1,421.34 | 1,421.34 | 1,421.34 | 110.96 |
| 006 | LVNV FUNDING LLC | 843.79 | 843.79 | 843.79 | 65.94 |
| 007 | LVNV FUNDING LLC | 2,816.68 | 2,816.68 | 2,816.68 | 237.69 |
| 008 | LVNV FUNDING LLC | 546.50 | 546.50 | 546.50 | 42.75 |
| 010 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,488.21 | 2,488.21 | 2,488.21 | 194.18 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,454.32 | 3,454.32 | 3,454.32 | 291.16 |
| 013 | ECAST SETTLEMENT CORPORATION | 473.34 | 473.34 | 473.34 | 37.09 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,281.58 | 1,281.58 | 1,281.58 | 100.01 |
|  | Total Unsecured | 15,860.98 | 15,860.98 | 15,860.98 | 1,278.10 |
|  |  |  |  |  |  |
|  | Grand Total: | 18,060.98 | 18,060.98 | 18,060.98 | 1,278.10 |

Total Paid Claimant:      $19,339.08
Trustee Allowance:        $1,400.92          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      100.00      discharging the trustee and the trustee's surety from any and all
                                         liability on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

     Report Dated:

                                              /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


     Dated at Rockford, IL  on 07/30/2008              By   /s/Heather M. Fagan